Cause Number: 03-13-00075CV

Texas Court of Appeals, Third District
at Austin

Michael W. Carpenter
Appeallant                      §

v.                              §

                                §

State of Texas                  §
Appeallee

FILED
April 6, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

RECEIVED
APR 0 6 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

## OBJECTION
## TO OUT OF TIME APPELLEE BRIEF

Comes Now Michael W. Carpenter Appeallant in the above mention cause. This is a Obection to the Appellee Brief That I was just sent on 3-31-15. The Appellee was Sent a Notice of Late Brief on April 24th 2013 Just as that wich I got from your Clea Clerk's Office, Stating It was due April 12th 2013 and Cited Tex. R. App. P. 38.6(b.) Which is by then Given until May 06, 2013.

Now mind you this is not just late, but being 2yr. late. Only choosing to respond at the Hearing Date Notice. I can not see anything short of it's burning down all records as to why a Motion for Leave to File Untimely Appellee Brief would be granted.

Therfore I pray that the Court stands upon it's well established Rules of Appelant Proceedures. And feel's the mere Passing of a torch is not enough. After all there are records to catch up on And the man I've been suing for 2yr. t Is the head Atta. District Office building.

<u>Prayer</u>

Is as above stated in this Motion.

<u>Certificate of Service</u>

I do swear a copy of this Objection has been sent to the attorny of record Mark D. Kennedy at the Office of General Counsel Hays. County, Texas 111 E. San Antonio Street Suite 202 San Marcos, Tx. 78666.

Respectfully Submitted,
Michael Carpenter 1201065
Pro-Se Appellant
1697 FM 980 Huntsville
Texas 77343

Michael Carpenter
April 03-2015

CarbonCopied

<u>Cause No. 03-13-00075CY</u>

Dear Clerk,

Please locate and file my Motion or present it to Justices Chief Justice. In my Above mention case it was to be heard soon

Thankyou Sincerly



Michael Carpenter
1697 FM 980
Hunsville, Tx.
77343

RECEIVED
APR 0 6 2015
THIRD COURT OF
JEFFREY D. K...

USA
FOREVER
2014

NORTH HOUSTON TX 773

03 APR 2015 PM 2 L

Michael Carpenter 1201045
Ellis 1697 FM 980
Huntsville TX. 77343

Court of Appeals
Third District of Texas
P.O. Box 12547.
Austin Texas
78711-1733

78711 2547 47